JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BELINDA ORNELAS AGUAYO,  )  Case No.:  CV 10-6776 DSF (CWx)
     Plaintiff,  )
        )
   vs.     )
        )
DEUTSCHE BANK, ET AL. and )  JUDGMENT
CARRINGTON MORTGAGE  )
SERVICES, LLC,    )
        )
    Defendants.  )
_____ )

   With the written arguments of defendant having been presented and fully considered, plaintiff having failed to file an opposition, and a decision having been rendered,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that her claims be dismissed on their merits and with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

      1/4/11
Dated: _____   _____
             Dale S. Fischer

1       United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28